IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 13-cv-874-wmc

BRIAN K. DUERST, et al.,

        Defendants.

---

### ENTRY OF DEFAULT

---

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Brian K. Duerst
    Wisconsin Department of Agriculture, Trade, and Consumer Protection
    O'Brien Farms
    Wisconsin Power & Light
    Green County Wisconsin

It appearing from the record that said Defendants have failed to plead or otherwise defend, the default against said Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this 27th day of May, 2014.

                                            PETER OPPENEER
                                            Clerk of Court
                                            United States District Court
                                            Western District of Wisconsin