IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                  Case No. 13-cv-874-wmc

BRIAN K. DUERST, WISCONSIN
DEPARTMENT OF AGRICULTURE
TRADE AND CONSUMER PROTECTION,
FIRST AUTO & CASUALTY, O'BRIEN
FARMS, WISCONSIN POWER & LIGHT,
GREEN COUNTY WISCONSIN and
LANDMARK SERVICES COOPERATIVE,

          Defendants.

---

### ORDER OF DISMISSAL

---

The plaintiff, United States of America, having moved this court to dismiss the above-captioned case without prejudice under Fed. R. Civ. P. 41(a)(2),

IT IS HERBY ORDERED that this case is dismissed without prejudice, subject to reopening, upon motion of the plaintiff, in the event the bankruptcy proceeding is not dispositive with regard to all issues herein.

Entered this 3rd day of March, 2015.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin