IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                             Case No. 13-cv-874-wmc

BRIAN K. DUERST, WISCONSIN
DEPARTMENT OF AGRICULTURE
TRADE AND CONSUMER
PROTECTION, FIRST AUTO &
CASUALTY, O'BRIEN FARMS,
WISCONSIN POWER & LIGHT, GREEN
COUNTY WISCONSIN and LANDMARK
SERVICES COOPERATIVE,

          Defendants.

---

## ORDER CONFIRMING SALE

---

Consistent with the report of the United States Marshal for the Western District of Wisconsin, who was appointed by the judgment entered in this case to make sale of the premises described in the complaint, and given no objections were filed to that sale, nor did anyone appear to object to the sale at this morning's hearing to confirm the sale, the court finds as follows:

- due notice of the application to confirm the report and sale was given by mail to all parties or their authorized representatives;

- the United States Marshal in making the sale has complied with the judgment of foreclosure entered in this case and with the applicable statutes;

- the monies from the sale were insufficient to pay the whole amount adjudged to the plaintiff, United States of America, together with interest and costs;

- the deficiency in that respect being in the amount of $215,000.00; and

- a deficiency judgment is not being sought in this action.

NOW, THEREFORE, on application of Barbara L. Oswald, Assistant United States Attorney, Office of the United States Attorney for the Western District of Wisconsin, attorney for the plaintiff, IT IS ORDERED that:

1. The sale of the mortgaged premises that is the subject of the above action to Todd and Nita Duerst, for the sum of $215,000.00, and the United States Marshal's report of sale, are APPROVED AND CONFIRMED.

2. Upon the entry and filing of this Order with the Clerk of the United States District Court for the Western District of Wisconsin, and upon the payment of the balance due to the United States Marshal, the United States Marshal shall deliver the United States Marshal's Deed for the premises involved in this action to:

   Todd and Nita Duerst
   c/o Attorney Gregory E. Knoke
   Knoke, Ingebritsen & Kind Law Offices
   1904 10th Street
   P.O. Box 620
   Monroe, WI 53566

3. The United States Marshal's costs are approved as follows:

| | | |
|---|---|---|
| (a) | Fee | $ 260.00 |
| (b) | Mileage | $  46.00 |
| | TOTAL EXPENSES | $ 306.00 |

These expenses are owed to the United States Marshal's Service and shall be paid from the proceeds of the sale.

4.  The United States Attorney's costs are as follows:

|     |               |          |
|-----|---------------|----------|
| (b) | Filing Fee    | $ 30.00  |
| (c) | Publishing Fee| $737.52  |
|     | TOTAL EXPENSES| $767.52  |

These expenses are owed to the United States Attorney's Office and shall be paid from the proceeds of the sale.

5.  The real estate transfer fee for recording the United States Marshal's Deed for the property is $645.00.  A check for this amount, payable to the Green County Register of Deeds, shall be mailed by the United States Marshal to the purchaser listed in paragraph 2 above, along with the United States Marshal's Deed.

Entered this 21st day of October, 2015.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin

3